

Risk Management
Suite 102
242 Culver Street
Lawrenceville, GA 30045
(770) 339-8319
1 (800) 513-6961
Fax (770) 339-7926

October 12, 2005

Mr. Todd Hammerstone
R.J. Corman Derailment Services
One Jay Station
Nicholasville, KY 40356

    Re: Notice of Claim arising out of clean-up activities at derailment-10-25-03, CR 93, Shorter, AL

Dear Mr. Hammerstone,

    Per our phone conversation please, here is the letters I mailed in June and September of this year. Also find a copy of the complaint and bills with detail. Please notify your insurance carrier of this claim. Also the Statute of Limitations on CSX's claims for indemnification and reimbursement runs on October 25, 2005. Please contact me at the above number to discuss R.J. Corman's position of waving statue or not. Otherwise CSX will have no choice but to file suit against R.J. Corman prior to 10/25/05. I look forward to speaking with you with respect to these matters.

Sincerely,

Marty A. Foskey
Manager Field Investigations
Risk Management

Ex 1

September 28, 2005

Ms. Mitzi A. Onkst
Acocunts Receivable Manager
R.J. Corman Company
One Jay Station
Nicholasville, KY 40356

    Re:   Second Notice of Claim arising out of clean-up activities at Derailment- 10/25/03
            CR 93, Shorter, AL

Dear Ms. Onkst:

This letter is to remind you of CSX Transportation's claim for damages arising out of the clean-up activities you performed at the site of the derailment that occurred on October 25, 2003, in Shorter, Alabama. I sent you written notification of this claim in June of 2005, and you have not responded.

As you know, the actions of your employees at the site of this derailment caused additional property damage, including the loss of contents of cars containing cross ties and other products, and damage to adjoining property belonging to third parties. One of those adjoining property owners sued CSX claiming damages for injuries resulting from the derailment and contamination of his property, some of which was caused by your negligence while participating in the clean-up activities at the derailment site. CSX seeks reimbursement and indemnification of all costs and damages caused by your clean-up activities at the derailment site and the additional property damage caused by your negligence with respect to your clean-up activities.

The statute of limitations on CSX's tort claims for indemnification and reimbursement runs on October 25, 2005. Please contact me within the next two weeks and let me know R. J. Corman's position with respect to these claims. Otherwise, CSX will have no choice but to file suit against R. J. Corman prior to October 25, 2005. I look forward to speaking with you with respect to these matters.

Sincerely,

Manager Field Investigations



Risk Management
Suite 102
242 Culver Street
Lawrenceville, GA 30045
(770) 339-8319
1 (800) 513-6961
Fax (770) 339-7926

June 6, 2005

Ms. Mitzi A. Onkst
Accounts Receivable Manager
R.J. Corman Company
One Jay Station
Nicholasville, KY 40356

    Re: Notice of Claim arising out of clean-up activities at Derailment-10/25/03 CR 93, Shorter, AL

Dear Ms. Onkst:

This letter is to notify you of CSX Transportation's claim for damages arising out of clean-up activities at the site of the derailment that occurred on October 25, 2003, in Shorter, Alabama. As a result of actions of your employees at the site of this derailment, additional property damage was caused, including the loss of contents of cars containing cross ties and other products, and damage to adjoining property belonging to third parties. On August 24, 2004, CSX Transportation, Inc. was sued by an adjacent property owner claiming damages for injuries resulting from the derailment and contamination of his property, some of which was caused by your negligence while participating in the clean-up activities at the derailment site. A copy of the complaint is enclosed for your review.

This is to advise you that CSX Transportation will seek reimbursement and indemnification of all costs and damages caused by your clean-up activities at the derailment site and the additional property damage caused by your negligence with respect to your clean-up activities. Please notify your insurance carrier of this claim and let us know if you wish to participate in the defense of the enclosed lawsuit as it relates to property damage caused by your employees' actions or if you have any questions in regard to CSX's claim. You may contact me the above-listed telephone number.

Sincerely,

Marty A. Foskey
Manager Field Investigations



|  |  |
|---|---|
| | Page 1 of 2 |
| PA Invoice | |
| Bill No. | : 7075998 |
| Bill Date | : 02-NOV-04 |
| Billed Through | : 03-NOV-04 |
| Customer No. | : 63867 |
| Project No. | : 134323 |

RJ CORMAN DERAILMENT SERVICES, LLC
ATTN: NOEL RUSH, PRESIDENT
P O BOX 770
ONE JAY STATION
NICHOLASVILLE  KY 40356

Customer Ref. No. :
File No. :
Occurrence/In-Service Date  25-OCT-03

---

CSX Federal ID No. : 54 – 6000720
Work Site : SHORTER, AL
Project Description : COSTS INCURRED DUE TO FIRE DURING CONTRACTOR CLEAN UP OF DERAILMENT ON OCTOBER 25, 2003 IN SHORTER, AL..... LLH

| Item Description | Total Amount |
|---|---|
| LABOR GENERAL OFFICE | $21.41 |
| INVOICE-MATERIAL | $13,873.02 |
| MATERIAL INVN NEW | $160,728.86 |
| INVOICE-MISCL | $428,360.88 |
| Invoice Total : | $602,984.17 |

---

Remit To :

CSX Transportation, Inc.
PO BOX 116651
ATLANTA          GA   30368-6651

| | |
|---|---|
| Amount Due | : $602,984.17 |
| Due Date | : 02-DEC-04 |
| Payment Terms | : 30 NET |

If you have any questions regarding this invoice, please contact Marcia Henry-Lester at 904-279-6153

OP 134323

| Project | Task | Task Name | Expend Type | Item Date | Employee/Supplier | Quantity | Accrued Revenue | UOM | Comment |
|---|---|---|---|---|---|---|---|---|---|
| 134323 | 40 | LABOR GENERAL OFFICE | LBR-CLERICAL | 1-Nov-04 | HAGGARTY, Ms. LITEASE L | 0.5 | $21.41 | Hours | PROGRESS BILLING |
|  | 40 Total |  |  |  |  |  | $21.41 |  |  |
| 134323 | 210 | INVOICE-MATERIAL | ENVIRO-ACCIDENTS & DERAILMENTS | 9-Jul-04 | AMEC EARTH & ENVIRONMENTAL INC | 182.52 | $184.35 | Currency | INV-404188 OTHER E08647 |
| 134323 | 210 | INVOICE-MATERIAL | ENVIRO-OUTSIDE LAB | 4-Aug-04 | TESTAMERICA INC | 1287.47 | $1,300.34 | Currency | INV-404281 OTHER E08647 |
| 134323 | 210 | INVOICE-MATERIAL | ENVIRO-ACCIDENTS & DERAILMENTS | 1-Sep-04 | AMEC EARTH & ENVIRONMENTAL INC | 1287.47 | $1,300.34 | Currency | INV-404353 OTHER E08647 |
| 134323 | 210 | INVOICE-MATERIAL | ENVIRO-ACCIDENTS & DERAILMENTS | 8-Sep-04 | AMEC EARTH & ENVIRONMENTAL INC | 9181.53 | $9,253.15 | Currency | INV-404391 OTHER E08647 |
| 134323 | 210 | INVOICE-MATERIAL | ENVIRO-ACCIDENTS & DERAILMENTS | 8-Sep-04 | AMEC EARTH & ENVIRONMENTAL INC | 732.55 | $739.68 | Currency | INV-404502 OTHER E08647 |
| 134323 | 210 | INVOICE-MATERIAL | ENVIRO-ACCIDENTS & DERAILMENTS | 15-Oct-04 | AMEC EARTH & ENVIRONMENTAL INC | 1084.12 | $1,094.96 | Currency | INV-404502 OTHER E08647 |
|  | 210 Total |  |  |  |  |  | $13,873.02 |  |  |
| 134323 | 215 | INVOICE-MISCL | ENVIRO-ACCIDENTS & DERAILMENTS | 1-Dec-03 | CENTER FOR TOXICOLOGY & | 4912.05 | $4,961.17 | Currency | INV-101571 OTHER E08640 |
| 134323 | 215 | INVOICE-MISCL | ENVIRO-ACCIDENTS & DERAILMENTS | 12-Dec-03 | HEPACO INC | 42900.34 | $43,332.37 | Currency | INV-2-463806 OTHER E08640 |
| 134323 | 215 | INVOICE-MISCL | ENVIRO-ACCIDENTS & DERAILMENTS | 12-Dec-03 | AMEC EARTH & ENVIRONMENTAL INC | 583.1 | $588.93 | Currency | INV-403337 OTHER E08847 |
| 134323 | 215 | INVOICE-MISCL | ENVIRO-ACCIDENTS & DERAILMENTS | 20-Jan-04 | AMEC EARTH & ENVIRONMENTAL INC | 1020.42 | $1,030.62 | Currency | INV-403441 OTHER E08640 |
| 134323 | 215 | INVOICE-MISCL | ENVIRO-ACCIDENTS & DERAILMENTS | 22-Jan-04 | AMEC EARTH & ENVIRONMENTAL INC | 350.35 | $353.85 | Currency | INV-403567 OTHER E08647 |
| 134323 | 215 | INVOICE-MISCL | ENVIRO-ACCIDENTS & DERAILMENTS | 29-Jan-04 | AMEC EARTH & ENVIRONMENTAL INC | 694.57 | $701.52 | Currency | INV-403544 OTHER E08647 |
| 134323 | 215 | INVOICE-MISCL | LOSS & DMG RES-PMT | 4-Feb-04 |  | 41859.33 | $42,277.92 | Currency |  |
| 134323 | 215 | INVOICE-MISCL | LOSS & DMG RES-PMT | 4-Feb-04 |  | 13044.65 | $13,175.10 | Currency |  |
| 134323 | 215 | INVOICE-MISCL | LOSS & DMG RES-PMT | 4-Feb-04 |  | 3300 | $3,333.00 | Currency |  |
| 134323 | 215 | INVOICE-MISCL | LOSS & DMG RES-PMT | 4-Feb-04 |  | 900 | $909.00 | Currency |  |
| 134323 | 215 | INVOICE-MISCL | LOSS & DMG RES-PMT | 4-Feb-04 |  | 38898.12 | $39,296.08 | Currency |  |
| 134323 | 215 | INVOICE-MISCL | LOSS & DMG RES-PMT | 4-Feb-04 |  | 38847.88 | $39,257.58 | Currency |  |
| 134323 | 215 | INVOICE-MISCL | LOSS & DMG RES-PMT | 4-Feb-04 |  | 1260 | $1,272.60 | Currency |  |
| 134323 | 215 | INVOICE-MISCL | LOSS & DMG RES-PMT | 4-Feb-04 |  | 12932.77 | $13,062.10 | Currency |  |
| 134323 | 215 | INVOICE-MISCL | LOSS & DMG RES-PMT | 4-Feb-04 |  | 38224.64 | $38,606.89 | Currency |  |
| 134323 | 215 | INVOICE-MISCL | LOSS & DMG RES-PMT | 4-Feb-04 |  | 39605.14 | $40,001.19 | Currency |  |
| 134323 | 215 | INVOICE-MISCL | LOSS & DMG RES-PMT | 4-Feb-04 |  | 1300 | $1,313.00 | Currency |  |
| 134323 | 215 | INVOICE-MISCL | ENVIRO-ACCIDENTS & DERAILMENTS | 10-Feb-04 | SOUTHERN WASTE SERVICES INC | 4230.31 | $4,272.61 | Currency | INV-203312 OTHER E08640 |
| 134323 | 215 | INVOICE-MISCL | ENVIRO-ACCIDENTS & DERAILMENTS | 3-Mar-04 | AMEC EARTH & ENVIRONMENTAL INC | 73.62 | $30.42 | Currency | INV-403721 OTHER E08640 |
| 134323 | 215 | INVOICE-MISCL | ENVIRO-ACCIDENTS & DERAILMENTS | 5-Mar-04 | AMEC EARTH & ENVIRONMENTAL INC | 2105.77 | $2,126.83 | Currency | INV-403703 OTHER E08647 |
| 134323 | 215 | INVOICE-MISCL | ENVIRO-OUTSIDE LAB | 19-Apr-04 | TESTAMERICA INC | 4720 | $4,767.20 | Currency | INV-1309356 OTHER E08647 |
| 134323 | 215 | INVOICE-MISCL | ENVIRO-OUTSIDE LAB | 19-Apr-04 | TESTAMERICA INC | 7375 | $7,448.75 | Currency | INV-1365397 OTHER E08647 |
| 134323 | 215 | INVOICE-MISCL | ENVIRO-ACCIDENTS & DERAILMENTS | 19-Apr-04 | AMEC EARTH & ENVIRONMENTAL INC | 6986.17 | $7,056.03 | Currency | INV-403765 OTHER E08647 |
| 134323 | 215 | INVOICE-MISCL | ENVIRO-OUTSIDE LAB | 4-Jun-04 | TESTAMERICA INC | 4239.85 | $4,282.25 | Currency | INV-403935 OTHER E08647 |
| 134323 | 215 | INVOICE-MISCL | ENVIRO-ACCIDENTS & DERAILMENTS | 4-Jun-04 | AMEC EARTH & ENVIRONMENTAL INC | 4239.85 | $4,282.25 | Currency | INV-403935 OTHER E08647 |
| 134323 | 215 | INVOICE-MISCL | LOSS & DMG RES-PMT | 24-Jun-04 |  | 40098.73 | $40,499.72 | Currency |  |

*OP 134323*

| | | INVOICE-MISCL | LOSS & DMG RES-PMT | | | | Currency | LOSS OF PRODUCT NLTX 5010 |
|---|---|---|---|---|---|---|---|---|
| 134323 | 215 | | | 27-Aug-04 | 61992 | $62,611.92 | | |
| | 215 Total | | | | | $428,780.88 | | |
| 134323 | 220 | MATERIAL INVN-NEW | CROSS TIES- TREATED-N-EA-M | 20-Feb-04 | 4050 | $160,728.88 | EACH | TIE CROSS CREO MAINLINE |
| | 220 Total | | | | | $100,728.66 | | |
| | Grand Total | | | | | $402,584.17 | | |

**CSX TRANSPORTATION**

Page 1 of 2

PA Invoice

| | | |
|---|---|---|
| Bill No. | : | 7081369 |
| Bill Date | : | 27-APR-05 |
| Billed Through | : | 28-APR-05 |
| Customer No. | : | 63867 |
| Project No. | : | 134323 |

RJ CORMAN DERAILMENT SERVICES, LLC
ATTN: NOEL RUSH, PRESIDENT
P O BOX 770
ONE JAY STATION
NICHOLASVILLE  KY 40356

| | | |
|---|---|---|
| Customer Ref. No. | : | |
| File No. | : | |
| Ocurrence/In-Service Date | | 25-OCT-03 |

---

| | | |
|---|---|---|
| CSX Federal ID No. | : | 54 - 6000720 |
| Work Site | : | SHORTER, AL |
| Project Description | : | CONTRACTOR CREW WHILE CLEAN-UP DERAILMENT STARTED A FIRE THAT CREATED ADDITIONAL COST TO CSXT ON OCTOBER 25, 2003 IN SHORTER, AL....LLR |

| Item Description | Total Amount |
|---|---|
| LABOR GENERAL OFFICE | $42.82 |
| INVOICE-MATERIAL | $14,297.04 |
| Sales Tax | $1,286.73 |
| Invoice Total : | $15,626.59 |

---

Remit To:

CSX Transportation, Inc.
PO BOX 116651
ATLANTA       GA  30368-6651

| | | |
|---|---|---|
| Amount Due | : | $15,626.59 |
| Due Date | : | 27-MAY-05 |
| Payment Terms | : | 30 NET |

If you have any questions regarding this invoice, please contact Marcia Henry-Lester at 904-279-6153

OP 134323

| Project | Task | Task Name | Expnd Type | Item Date | Employee/Supplier | Quantity | Accrued Revenue | UOM | Comment | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 134323 | 40 | LABOR GENERAL OFFICE | LBR-CLERICAL | 2-Nov-04 | HAGGARY, Ms. LITEASE L | 0.5 | $21.41 | Hours | BILL PREPARATION | | |
| 134323 | 40 | LABOR GENERAL OFFICE | LBR-CLERICAL | 27-Apr-05 | HAGGARY, Ms. LITEASE L | 0.5 | $21.41 | Hours | BILL PREPARATION | | |
| | 40 Total | | | | | | $42.82 | | | | |
| 134323 | 210 | INVOICE-MATERIAL | ENVIRO-ACCIDENTS & DERAILMENTS | 2-Nov-04 | AMEC EARTH & ENVIRONMENTAL INC | 205.8 | $3207.88 | Currency | INV-404622 | E08647 | OTHER |
| 134323 | 210 | INVOICE-MATERIAL | ENVIRO-ACCIDENTS & DERAILMENTS | 2-Nov-04 | AMEC EARTH & ENVIRONMENTAL INC | 121.62 | $3122.84 | Currency | INV-404624 | E08647 | OTHER |
| 134323 | 210 | INVOICE-MATERIAL | ENVIRO-ACCIDENTS & DERAILMENTS | 22-Nov-04 | AMEC EARTH & ENVIRONMENTAL INC | 199.2 | $3,199.55 | Currency | INV-404630 | E08647 | OTHER |
| 134323 | 210 | INVOICE-MATERIAL | ENVIRO-ACCIDENTS & DERAILMENTS | 22-Dec-04 | AMEC EARTH & ENVIRONMENTAL INC | 4358.26 | $4,142.28 | Currency | INV-404807 | E08647 | OTHER |
| 134323 | 210 | INVOICE-MATERIAL | ENVIRO-ACCIDENTS & DERAILMENTS | 16-Feb-05 | AMEC EARTH & ENVIRONMENTAL INC | 112.21 | $8,952.07 | Currency | INV-404809 | E08647 | OTHER |
| 134323 | 210 | INVOICE-MATERIAL | ENVIRO-ACCIDENTS & DERAILMENTS | 1-Apr-05 | AMEC EARTH & ENVIRONMENTAL INC | 8884.33 | $113.33 | Currency | INV-404843 | E08647 | OTHER |
| 134323 | 210 | INVOICE-MATERIAL | ENVIRO-ACCIDENTS & DERAILMENTS | | AMEC EARTH & ENVIRONMENTAL INC | 267.05 | $269.72 | Currency | INV-408019 | E08647 | OTHER |
| | | | SALES TAX | | | | $1,268.73 | | SALES TAX | | |
| | 210 Total | | | | | | $15,593.77 | | | | |
| | Grand Total | | | | | | $15,936.69 | | | | |

Page 1 of 2

**CSX TRANSPORTATION**

PA Invoice
Bill No.              : 7086631
Bill Date             ; 27-SEP-05
Billed Through        : 28-SEP-05
Customer No.          : 63867
Project No.           : 134323
Customer Ref. No.     :
File No.              :
Ocurrence/In-Service Date   25-OCT-03

RJ CORMAN DERAILMENT SERVICES, LLC
C/O CSX CLAIMS DIRECTOR
500 WATER STREET
JACKSONVILLE  FL  32202

| | | |
|---|---|---|
| CSX Federal ID No. | : | 54 – 6000720 |
| Work Site | : | SHORTER, AL |
| Project Description | : | CONTRACTOR CREW WHILE CLEAN-UP DERAILMENT STARTED A FIRE THAT CREATED ADDITIONAL COST TO CSXT ON OCTOBER 25, 2003 IN SHORTER, AL....LLH |

| *Item Description* | *Total Amount* |
|---|---|
| LABOR GENERAL OFFICE | $21.87 |
| INVOICE-MATERIAL | $8,205.57 |
| Sales Tax | $738.50 |
| **Invoice Total :** | **$8,965.94** |

Remit To :

CSX Transportation, Inc.
PO BOX 116651
ATLANTA       GA   30368-6651

Amount Due      : $8,965.94
Due Date        : 27-OCT-05
Payment Terms   : 30 NET

If you have any questions regarding this invoice, please contact Miscellaneous Billing at 904 279-6988

OP 134323

| Project | Task | Task Name | Exp'nd Type | Employee/Supplier | Item Date | Quantity | Accrued Revenue | UOM | Comment | |
|---|---|---|---|---|---|---|---|---|---|---|
| 134323 | 40 | LABOR GENERAL OFFICE | LBR-CLERICAL | HAGGARY, Ms. LITEASE L | 27-Sep-05 | 0.5 | $21.87 | Hours | BILL PREPARATION | |
| | 40 Total | | | | | | $21.87 | | | |
| 134323 | 210 | INVOICE-MATERIAL | ENVIRO-ACCIDENTS & DERAILMENTS | AMEC EARTH & ENVIRONMENTAL INC | 14-Jun-05 | 441.98 | $446.40 | Currency | INV:409299 | E00647 OTHER |
| 134323 | 210 | INVOICE-MATERIAL | ENVIRO-ACCIDENTS & DERAILMENTS | AMEC EARTH & ENVIRONMENTAL INC | 13-Jul-05 | 3522.12 | $3,557.34 | Currency | INV:N1340R126 | E00647 OTHER |
| 134323 | 210 | INVOICE-MATERIAL | ENVIRO-ACCIDENTS & DERAILMENTS | AMEC EARTH & ENVIRONMENTAL INC | 5-Aug-05 | 1898.39 | $1,917.37 | Currency | INV:N1340B570 | E00647 OTHER |
| 134323 | 210 | INVOICE-MATERIAL | ENVIRO-ACCIDENTS & DERAILMENTS | AMEC EARTH & ENVIRONMENTAL INC | 7-Sep-05 | 2261.84 | $2,284.46 | Currency | INV:N1340B645 | E00647 OTHER |
| | 210 Total | | | | | | $8,205.57 | | | |
| | Grand Total | | | | | | $8,227.44 | | | |