IN THE CIRCUIT COURT OF MACON COUNTY
STATE OF ALABAMA

| | |
|---|---|
| CSX TRANSPORTATION, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.: CV-05-207 ) |
| R.J. CORMAN DERAILMENT SERVICES, LLC, R.J. CORMAN RAILROAD GROUP, and R.J. CORMAN COMPANY, | ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF FILING NOTICE OF REMOVAL

TO: Mr. Eddie D. Mallard
Circuit Court of Macon County
P.O. Box 830723
Tuskegee, AL 36083

Please take notice that the defendants R.J. Corman Derailment Services, LLC, R.J. Corman Railroad Group, and R.J. Corman Company ("R.J. Corman") have this day filed their Notice of Removal, a copy of which is attached hereto, in the office of the Clerk of the United States District Court for the Middle District of Alabama, Eastern Division.

Respectfully submitted,

_____
Steven K. Herndon (HER028)
Andrew W. Christman (CHR024)
Attorneys for Defendants

OF COUNSEL:
Gidiere, Hinton & Herndon
904 Regions Tower
60 Commerce Street
Montgomery, AL 36104
Telephone: (334) 834-9950

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was served on the following by placing a copy of the same in the United States mail, postage prepaid and properly addressed, this 22nd day of November, 2005.

Mr. Morris Wade Richardson
Ms. Elizabeth R. Floyd
Adams and Reese/Lange Simpson, LLP
2100 3rd Ave. North, Ste. 1100
Birmingham, AL 35203

_____
Counsel

2