IN THE UNITED STATES DISTRICT COURT
RECEIVED MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

2005 NOV 30  P 1: 56

CSX TRANSPORTATION, INC.,      )

DEBRA P. HACKETT, CLK
Plaintiff, DISTRICT COURT      )
MIDDLE DISTRICT ALA.

      )

v.      )   Civil Action No.: CV-05-1120-C

      )

R.J. CORMAN DERAILMENT      )
SERVICES, LLC, R.J. CORMAN      )
RAILROAD GROUP, and R.J.      )
CORMAN COMPANY,      )

      )

Defendants.      )

## NOTICE OF PROCEEDING

Come now the defendants R.J. Corman Railroad Group, LLC and R.J. Corman Derailment Services, LLC, (successor in interest to R.J. Corman doing business as R.J. Corman Company) and give notice to the Attorney General of the State of Alabama, pursuant to Section 6-6-227, Code of Alabama (1975) as amended, of its challenge to the constitutionality of the recovery of punitive damages in the above styled action. A copy of the Complaint and Answers of these defendants are attached and served with this Notice of Proceeding.

Respectfully submitted,

Steven K. Herndon (HER028)
Andrew W. Christman (CHR024)
Attorneys for Defendants

OF COUNSEL:
Gidiere, Hinton & Herndon
904 Regions Tower
60 Commerce Street
Montgomery, AL 36104
Telephone: (334) 834-9950


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was served on the following by placing a copy of the same in the United States mail, postage prepaid and properly addressed, this _30th_ day of _November_, 2005.

Mr. Morris Wade Richardson
Ms. Elizabeth R. Floyd
Adams and Reese/Lange Simpson, LLP
2100 3rd Ave. North, Ste. 1100
Birmingham, AL 35203

Mr. Troy King
Alabama State Attorney General
11 S. Union Street
Montgomery, AL   36130

_____
Counsel