IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| CSX TRANSPORTATION, INC.,          ) | |
| ) | |
| **Plaintiff,**          ) | |
| ) | Civil Action No.: |
| v.          ) | 3:05-cv-1120-MHT |
| ) | |
| R. J. CORMAN DERAILMENT          ) | |
| SERVICES, L.L.C., R. J. CORMAN          ) | |
| RAILROAD GROUP and R. J. CORMAN          ) | |
| COMPANY          ) | |
| ) | |
| **Defendants.**          ) | |

## CORPORATE DISCLOSURE STATEMENT

COMES NOW Plaintiff CSX Transportation, Inc. and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, respectfully submits the following corporate disclosure statement:

CSX Transportation, Inc. is a wholly owned subsidiary of CSX Corporation.

Respectfully submitted this 3rd day of January, 2006.

/s/ Elizabeth R. Floyd
MORRIS WADE RICHARDSON
ELIZABETH REDDING FLOYD
Attorneys for Plaintiff,
CSX Transportation, Inc.

Of Counsel:
ADAMS AND REESE LLP / LANGE SIMPSON
2100 3rd Avenue North, Suite 1100
Birmingham, Alabama 35203
205/250-5000

**Certificate of Service**

    I hereby certify that on January 3, 2006, I electronically filed with the Clerk of the Court using the CM/ECF system which will be send notification of such filing to the following:

Steven K. Herndon
Andrew W. Christman
G<small>IDIERE</small>, H<small>INTON</small>& H<small>ERNDON</small>
904 Regions Tower
60 Commerce Street
Montgomery, Alabama, 36104
(phone) 334/834-9950
(fax) 334/834-1054
d.christman@ghhdefenselaw.com
s.herndon@ghhdefenselaw.com

                                                    /s/ Elizabeth R. Floyd
                                                  Of Counsel