IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CSX TRANSPORTATION, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: CV-05-1120-C |
| | ) |
| R.J. CORMAN DERAILMENT | ) |
| SERVICES, LLC, R.J. CORMAN | ) |
| RAILROAD GROUP, and R.J. | ) |
| CORMAN COMPANY, | ) |
| | ) |
| Defendants. | ) |

CORPORATE DISCLOSURE STATEMENT

Comes now defendants R.J. Corman Railroad Group, LLC and R.J. Corman Derailment Services, LLC and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, respectfully submit the following corporate disclosure statement:

R.J. Corman Derailment Services, LLC is a wholly owned subsidiary of R.J. Corman Railroad Group, LLC.

Respectfully submitted this 4th day of January, 2006.

/s/ Steven K. Herndon
Steven K. Herndon (HER028)
Andrew W. Christman (CHR024)
Attorneys for Defendants

OF COUNSEL:
Gidiere, Hinton, Herndon & Christman
904 Regions Tower
60 Commerce Street
Montgomery, AL 36104
Telephone: (334) 834-9950

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing was filed on January <u>4th</u>, 2006, with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:

Mr. Morris Wade Richardson  
Ms. Elizabeth R. Floyd  
Adams and Reese/Lange Simpson, LLP  
2100 3rd Ave. North, Ste. 1100  
Birmingham, AL 35203  
Telephone:  (205) 250-5000  
Facsimile:  (205) 250-5034  
wade.richardson@arlaw.com  
elizabeth.floyd@arlaw.com  

                                                /s/ Steven K. Herndon  
                                                Counsel