IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CSX TRANSPORTATION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: CV-05-1120-C |
| ) | |
| R.J. CORMAN DERAILMENT ) | |
| SERVICES, LLC, R.J. CORMAN ) | |
| RAILROAD GROUP, and R.J. ) | |
| CORMAN COMPANY, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' REPLY REGARDING MOTION TO STAY

The defendants agree that the Motion to Stay is now moot in light of the settlement of the underlying case.

Respectfully submitted,

Steven K. Herndon (HER028)
Andrew W. Christman (CHR024)
Attorneys for Defendants

OF COUNSEL:
Gidiere, Hinton, Herndon & Christman
904 Regions Tower
60 Commerce Street
Montgomery, AL 36104
Telephone: (334) 834-9950

## CERTIFICATE OF SERVICE

  I hereby certify that the above and foregoing was served on the following by placing a copy of the same in the United States mail, postage prepaid and properly addressed, this 4th day of January, 2006.

Mr. Morris Wade Richardson
Ms. Elizabeth R. Floyd
Adams and Reese/Lange Simpson, LLP
2100 3rd Ave. North, Ste. 1100
Birmingham, AL 35203

                _____
                Counsel