**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK　　　　　　　　　　　　　　　　　　　　　TELEPHONE (334) 954-3600

## NOTICE OF REASSIGNMENT

RE:　CSX Transportation, Inc. Vs. R. J. Corman Derailment Svs et al
　　　Civil Action No. 3:05cv01120-MHT

The above-styled case has been reassigned to District Judge W. Keith Watkins.

Please note that the case number is now 3:05cv01120-WKW. This new case number should be used on all future correspondence and pleadings in this action.

　　　　　　　　　　　　　　　　　　　　Sincerely,


　　　　　　　　　　　　　　　　　　　　Sheryl K. Lent
　　　　　　　　　　　　　　　　　　　　Deputy Clerk