IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CSX TRANSPORTATION, INC., | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|    v. | )    CASE NO. 3:05-CV-1120-WKW |
| | ) |
| R.J. CORMAN DERAILMENT | ) |
| SERVICES, LLC, et al., | ) |
| | ) |
|    Defendants. | ) |

**<u>ORDER</u>**

This case is before the court on Defendants' Motion to Stay (Doc. # 8), filed on December 21, 2005. The parties have represented to the court that the underlying case has been settled (Doc. # 9 & # 13), and that the Motion to Stay is now moot.

It is therefore ORDERED that the Motion to Stay (Doc. # 8) is hereby DENIED as MOOT.

DONE this the 25th day of January, 2006.

                                         /s/ W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE