IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CSX TRANSPORTATION, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:05-CV-1120-WKW |
| | ) |
| R.J. CORMAN DERAILMENT | ) |
| SERVICES, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This case is before the Court on the parties' Joint Motion to Stay Deadlines for Mediation (Doc. # 19), filed on July 17, 2006. Upon consideration, it is hereby ORDERED that the motion is GRANTED.

All deadlines established in the Uniform Scheduling Order in this case are hereby STAYED. It is further ORDERED that the parties shall file a joint status report informing the Court of their progress on or before October 20, 2006.

DONE this the 19th day of July, 2006.

    /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE