## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| **CSX TRANSPORTATION, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No.:** |
| **v.** | ) | **3:05-cv-1120-MHT** |
| | ) | |
| **R. J. CORMAN DERAILMENT** | ) | |
| **SERVICES, L.L.C., R. J. CORMAN** | ) | |
| **RAILROAD GROUP and R. J. CORMAN** | ) | |
| **COMPANY** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF

COMES NOW counsel for CSX Transportation, Inc., Elizabeth R. Floyd, and respectfully moves the Court to permit her to withdraw as counsel of record on the following grounds:

1.      Ms. Floyd has resigned from her employment with Adams and Reese LLP effective July 21, 2006.

2.      CSX will continue to be represented by Morris Wade Richardson and will not be harmed by Ms. Floyd's withdrawal in any respect.

Respectfully submitted this 21st day of July, 2006.

/s/ Elizabeth R. Floyd
ELIZABETH REDDING FLOYD
Attorney for Plaintiff,
CSX Transportation, Inc.

Of Counsel:
ADAMS AND REESE LLP
2100 3rd Avenue North, Suite 1100
Birmingham, Alabama 35203
205/250-5000

**<u>Certificate of Service</u>**

I hereby certify that on July 21, 2006, I electronically filed with the Clerk of the Court using the CM/ECF system which will be send notification of such filing to the following:

Steven K. Herndon
Andrew W. Christman
GIDIERE, HINTON& HERNDON
904 Regions Tower
60 Commerce Street
Montgomery, Alabama, 36104
(phone) 334/834-9950
(fax) 334/834-1054
d.christman@ghhdefenselaw.com
s.herndon@ghhdefenselaw.com

/s/ Elizabeth R. Floyd
Of Counsel

2