IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CSX TRANSPORTATION, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 3:05-cv-1120-WKW |
| | ) |
| R.J. CORMAN DERAILMENT | |
| SERVICES, L.L.C., *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

Upon consideration of the Motion to Withdraw Elizabeth R. Floyd as Counsel (doc. #21) filed on July 21, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this 24th day July of , 2006.

                                        /s/ W. Keith Watkins
                                   UNITED STATES DISTRICT JUDGE