IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CSX TRANSPORTATION, INC., | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| V. | ) | CASE NUMBER: |
| | ) | 3:05-cv-01120-WKW-CSC |
| R.J. CORMAN, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

## REPORT OF MEDIATOR

Mediation was held on October 11, 2006. All parties were present and participated. This mediation was convened at an early stage of the litigation. The parties are long standing business associates and both were desirous of settlement although neither had sufficient information to complete the settlement. A method for discovery and exchange of information was agreed upon. The mediation was recessed pending further

W0207632.1 \ 16135-00001

discussions.

                                Respectfully submitted,

                                _____
                                Arthur J. Hanes, Jr.
                                Mediator

OF COUNSEL:

Dominick, Fletcher, Yeilding, Wood & Lloyd
2121 Highland Avenue South
Birmingham, Alabama 35205
(205) 939-0033


**CERTIFICATE OF SERVICE**

    This is to certify that a copy of the foregoing has been served on all counsel listed by placing a copy of same in the United States mail, postage prepaid, on this the 13 day of October, 2006.

                                _____
                                OF COUNSEL

Honorable William Keith Watkins
United States Courthouse Complex
One Church Street
Montgomery, Alabama 356104

Honorable Charles S. Coody
United States District Court
Middle District of Alabama
United States Courthouse Complex

W0207632.1 \ 16135-00001

One Church Street
P.O. Box 158
Montgomery, Alabama 36101-0158

M. Wade Richardson, Esq.
Adams & Reese, LLP
2100 Third Avenue North
Suite 1100
Birmingham, Alabama 35203-3367


Andrew Christman, Esq.
Steven K. Herndon, Esq.
Gidiere, Hinton, Herndon & Christman
904 Regions Tower
60 Commerce Street
Montgomery, Alabama 36104

W0207632.1 \ 16135-00001