IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CSX TRANSPORTATION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:05-cv-1120-WKW |
| | ) | |
| R.J. CORMAN DERAILMENT | ) | |
| SERVICES, L.L.C., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Upon consideration of the Parties' Mediation Report filed on October 12, 2006 (Doc. # 23), it is hereby

ORDERED that the parties shall file a joint status report informing the court of their progress on settlement discussions on or before January 11, 2007.

DONE this 20th day of October, 2006.

         /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE