IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CSX TRANSPORTATION, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:05-cv-1120-WKW |
| | ) |
| R.J. CORMAN DERAILMENT | ) |
| SERVICES, L.L.C., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the Joint Motion to Continue Stay Deadlines for Two Additional Months filed by the parties on January 11, 2007 (Doc. # 26), it is hereby

ORDERED that the motion is GRANTED and the parties shall file a joint status report informing the court of their progress on settlement discussions on or before March 16, 2007.

DONE this 11th day of January, 2007.


                          /s/  W. Keith Watkins
                          UNITED STATES DISTRICT JUDGE