IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CSX TRANSPORTATION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 3:05-cv-1120-WKW |
| ) | |
| R.J. CORMAN DERAILMENT ) | |
| SERVICES, LLC, R.J. CORMAN ) | |
| RAILROAD GROUP, and R.J. ) | |
| CORMAN COMPANY, ) | |
| ) | |
| Defendants. ) | |

## JOINT STATUS REPORT

Come now plaintiff CSX Transportation, Inc. and defendants R.J. Corman Railroad Group, LLC and R.J. Corman Derailment Services, LLC, (collectively referred to as "R.J. Corman") and jointly provide this report to the Court regarding the status of settlement discussions and state as follows:

Pursuant to the parties' request (Docs. 19, 23, & 26), this Court previously stayed the Uniform Scheduling Order deadlines to allow the parties to pursue ADR in an effort to resolve this litigation without further court involvement (Docs. 20, 27). The parties have been working in good faith to try and resolve their differences but cannot do so at this time without engaging in formal discovery. Therefore, the parties respectfully request this Honorable Court to enter an order removing the stay and to issue a new Uniform Scheduling Order with all the customary deadlines and to establish a new trial date.

        Respectfully submitted,

        <u>s/ M. Wade Richardson</u>
        M. Wade Richardson
        Attorney for Plaintiff

OF COUNSEL:
Adams and Reese/Lange Simpson, LLP
2100 3rd Ave. North, Ste. 1100
Birmingham, AL 35203
Telephone: (205) 250-5000
wade.richardson@arlaw.com

        AND

        <u>s/ Steven K. Herndon</u>
        Steven K. Herndon (HER028)
        Andrew W. Christman (CHR024)
        Attorneys for Defendants

OF COUNSEL:
Gidiere, Hinton, Herndon & Christman
P.O. Box 4190
Montgomery, AL 36103-4190
Telephone: (334) 834-9950
steve@ghhclaw.com
drew@ghhclaw.com