IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CSX TRANSPORTATION, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:05-cv-1120-WKW |
| | ) |
| R.J. CORMAN DERAILMENT | ) |
| SERVICES, L.L.C. *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is before the court on the parties' Joint Status Report (Doc. # 28). The parties previously requested that all deadlines be stayed for mediation. The case was stayed by Order dated July 19, 2006 (Doc. # 20). The parties now request that the stay be lifted and a new scheduling order be entered. The parties acknowledge that they cannot continue mediation "without engaging in formal discovery." (Doc. # 28).

It is ORDERED that the Order dated July 19, 2006 (Doc. # 20) staying this action is VACATED. It is further ORDERED that the Uniform Scheduling Order (Doc. # 18) is VACATED. The parties are DIRECTED to confer and develop a new proposed discovery plan under Rule 26(f) of the Federal Rules of Civil Procedure. The Rule 26(f) report containing the discovery plan shall be filed as soon as practicable, but not later than April 30, 2007.

DONE this 4th day of April, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE