IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CSX TRANSPORTATION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.:  CV-05-1120-C |
| | ) | |
| R.J. CORMAN DERAILMENT SERVICES, LLC, R.J. CORMAN RAILROAD GROUP, and R.J. CORMAN COMPANY, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

REPORT OF PARTIES' PLANNING MEETING

Come now the parties, Plaintiff CSX Transportation, Inc., and Defendants R.J. Corman Derailment Services, LLC and R.J. Corman Railroad Group, and hereby submit this report of the parties' planning meeting.

1. Pursuant to Federal Rules of Civil Procedure 26(f), a meeting was held on March 27, 2007, and was attended by:

   A. Morris Wade Richardson for Plaintiff

   B. Steven K. Herndon for Defendants R.J. Corman Derailment Services, LLC and R.J. Corman Railroad Group.

2. Discovery Plan. The parties jointly propose to the court the following discovery plan to allow discovery on the following subjects:

Discovery should be allowed on all claims of the plaintiff and all defenses of the defendants, including but not limited to: (a) facts surrounding the derailment

at issue, (b) facts surrounding any cleanup or repair activity associated with the derailment, (c) facts associated with damages of plaintiff CSX and/or the land owner, (d) facts regarding the contractual relationship between plaintiff and defendants, (e) facts surrounding litigation previously filed by the landowner against CSX concerning the derailment at issue here, and (f) CSX's right to recover the damages claimed in this case.

    A.    All discovery commenced in time to be completed by **Friday, January 11, 2008, except for witnesses whose names are not revealed until the final witness list or whose names are not revealed in sufficient time for other parties to take a deposition prior to the pretrial, in which case the opposing party may depose those witnesses after the discovery deadline.**

    B.    Maximum of 50 interrogatories by each party to any other party.

    C.    Maximum of 30 requests for admissions by each party to any other party.

    D.    Maximum of 20 depositions by the plaintiff and 20 deposition by defendants.

    E.    Each deposition limited to a maximum of 8 hours, unless extended by agreement of the parties.

    F.    Reports from retained experts under Rule 26(a)(2) due:

        a.    From plaintiff by **Friday, August 10, 2007; the plaintiff shall tender experts for deposition within 30 days thereafter.**

      b.    From defendants **Friday, October 12, 2007; the defendant shall tender experts for deposition within 30 days thereafter.**

**Each party shall bear the costs of its own experts.**

    C.    Supplementations under Rule 26(e) due **according to the Federal Rules of Civil Procedure.**

    3.    Other Items.

    A.    The parties do not request a conference with the court before entry of the scheduling order.

    B.    The parties request a pretrial conference on or about **January 11, 2008**.

    C.    The parties should be allowed until **October 12, 2007,** to join additional parties and until **October 12, 2007,** to amend the pleadings.

    D.    All potentially dispositive motions should be filed by **90 days before pretrial**, which is **October 12, 2007**.

    E.    Settlement cannot be evaluated at this date.

    F.    Final lists of witnesses and exhibits under Rule 26(a)(3) should be due by **February 11, 2008.** Parties should have **14** days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

    G.    The case should be ready for trial by **March 10, 2008** and at this time is expected to take approximately **three days for trial**.

Dated this 5th day of April, 2007.

3

/s/ Morris Wade Richardson
MORRIS WADE RICHARDSON
Attorney for Plaintiff,
CSX Transportation, Inc.

OF COUNSEL:
Adams and Reese LLP / Lange Simpson
2100 3rd Avenue North, Suite 1100
Birmingham, AL 35203
Telephone: (205) 250-5000
wade.richardson@arlaw.com

AND

/s/ Steven K. Herndon
STEVEN K. HERNDON
ANDREW W. CHRISTMAN
Attorneys for Defendants

OF COUNSEL:
Gidiere, Hinton, Herndon & Christman
P.O. Box 4190
Montgomery, AL 36103
Telephone: (334) 834-9950
s.herndon@ghhdefenselaw.com
d.christman@ghhdefenselaw.com

4