IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CSX TRANSPORTATION, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 3:05-cv-1120-WKW |
| | ) |
| R.J. CORMAN DERAILMENT SERVICES LLC, *et al.*, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

It is ORDERED that Section 1 of the Uniform Scheduling Order (Doc. # 31) is AMENDED to reflect the following:

**Section 1.**  A pretrial conference is scheduled for February 1, 2008, in the United States Courthouse, **Opelika**, Alabama.  This cause is set for trial during the term of court commencing on March 10, 2008, in **Opelika**, Alabama.

DONE this 13th day of April, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE