IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |  |
|---|---|---|
| CSX TRANSPORTATION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:05-cv-1120-WKW |
| | ) | |
| R.J. CORMAN DERAILMENT | ) | |
| SERVICES, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of the parties' Joint Motion to Extend Dispositive Motion Deadline and the Defendant's Expert Deadline (Doc. # 34), it is ORDERED that the motion is GRANTED. The deadlines for filing dispositive motions and for filing defendants' expert reports are continued from **October 12, 2007**, to **November 16, 2007**.

DONE this 9th day of October, 2007.

                                                /s/  W. Keith Watkins
                                              UNITED STATES DISTRICT JUDGE