IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CSX TRANSPORTATION, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:05-cv-1120-WKW |
| | ) |
| R.J. CORMAN DERAILMENT | ) |
| SERVICES, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

The parties are granted until **November 5, 2007,** to file their joint stipulation of dismissal.

DONE this 23rd day of October, 2007.

                                               /s/   W.  Keith Watkins
                                            UNITED STATES DISTRICT JUDGE