IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CSX TRANSPORTATION, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 3:05-cv-1120-WKW |
| | ) |
| R.J. CORMAN DERAILMENT SERVICES, LLC, R.J. CORMAN RAILROAD GROUP, and R.J. CORMAN COMPANY, | ) ) ) ) ) |
| Defendants. | ) |

## JOINT MOTION TO DISMISS

Come now the parties, by and through their attorneys of record, and move this Honorable Court to enter an order dismissing the above styled action, with prejudice, and as grounds for same show unto this Honorable Court that the parties have amicably resolved their differences.

<u>s/Steven K. Herndon (HER028)</u>
Attorney for Defendant

OF COUNSEL:
Gidiere, Hinton, Herndon & Christman
P.O. Box 4190
Montgomery, AL 36103
Telephone: (334) 834-9950
FAX: (334) 834-1054
steve@ghhclaw.com

AND

                                                              <u>s/M. Wade Richardson</u>
                                                              Attorney for Plaintiff

OF COUNSEL:
Adams and Reese, LLP
2100 3rd Ave. North, Ste. 1100
Birmingham, AL 35203
Telephone: (205) 250-5000
wade.richardson@arlaw.com